## DAVIS *vs.* CALHOUN.

1.　When a cause is removed to the Circuit Court by *certiorari*, it should not there be dismissed on account of a defect in the bond, unless the appellant fails or refuses, when required, to make a good one.

ERROR to the Circuit Court of Talladega.
Tried before the Hon. NAT. COOK.

J. J. WOODWARD, for plaintiff in error.
WHITE & PARSONS, *contra*.

LIGON, J.—This case originated before a justice of the peace, and was removed to the Circuit Court by writ of *certiorari*. The *certiorari* was there dismissed, on motion " for irregularities." On inspecting the record, we perceive that the condition of the bond for a *certiorari* materially differs from that required by the statute ; but the *certiorari* should not have been dismissed for this cause, unless the party in whose favor it issued should fail or refuse, when required to do so, to make a good bond. This record does not show that the court below ever made such a requisition, or gave him any opportunity to make a good bond.—McLellan v. Allison, 19 Ala. 671 ; Carter v. Pickard, 11 *ib.* 673.

Let the judgment be reversed, and the cause remanded.